# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135607

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOSEPH S. SURMAN,
   Plaintiff-Appellant,

v

JANE ANN SURMAN,
   Defendant-Appellee.

SC: 135607
COA: 276615
Newaygo CC: 00-001944-DM

_____/

  On order of the Court, the application for leave to appeal the December 4, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

p0317